UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL D. WILSON,

                     Plaintiff,                    Case Number 15-10747
                                                         Honorable David M. Lawson

v.

TROTT LAW, P.C.,

                     Defendant.

_____/

### CORRECTED ORDER DENYING WITHOUT PREJUDICE MOTION FOR CLASS CERTIFICATION, DENYING AS MOOT MOTION TO ADJOURN CLASS CERTIFICATION HEARING, PERMITTING LIMITED DISCOVERY, AND SCHEDULING DATES

On April 29, 2015, the Court entered an order denying without prejudice the plaintiff's motion for class certification, denying as moot motion to adjourn class certification hearing, permitting limited discovery, and scheduling dates. Counsel for the defendant filed a motion on May 4, 2015 identifying a discrepancy in the Court's order permitting limited discovery. The Court has determined that its order was in error and therefore enters this corrected order clarifying that the plaintiff may conduct limited discovery to respond to the defendant's motion for summary judgment.

Presently before the Court is the plaintiff's motion for class certification. The Court held a case management conference on April 29, 2015. At the case management conference, the plaintiff asked the Court to adjourn the hearing on the plaintiff's motion for class certification and to permit the parties to conduct limited discovery before responding to the defendant's motion for summary judgment. The defendant consented to the plaintiff's requests at the case management conference.

Accordingly, it is **ORDERED** that the parties may conduct limited discovery for purposes of responding to the defendant's motion for summary judgment.  The parties must complete discovery **on or before May 22, 2015.**

It is further **ORDERED** that the plaintiff shall respond to the defendant's motion for summary judgment **on or before June 1, 2015.**

It is further **ORDERED** that a hearing on the defendant's motion for summary judgment is scheduled for **June 24, 2015 at 3:30 p.m.**

It is further **ORDERED** that the plaintiff's motion for class certification [dkt. #3] is **DENIED WITHOUT PREJUDICE**. *See Sivak v. United Parcel Service Company*, No. 13-15263 (Jan. 21, 2014) (denying as premature motion for class certification).

It is further **ORDERED** that the plaintiff's motion to adjourn the hearing on his motion for class certification [dkt. #15] is **DENIED as moot**.

It is further **ORDERED** that the case management and scheduling conference is **ADJOURNED** without date.

It is further **ORDERED** that the defendant's objection to order and motion to amend [dkt. #23] is **DENIED as moot.**

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  May 7, 2015

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 7, 2015.

/s Susan Pinkowski
SUSAN PINKOWSKI